IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of )
)
ERICA S HOLMES ) Chapter 13 Case No. 15-41208-EJC
308 SOUTHWILDE WAY )
POOLER, GA  31322 )
)
)
             Debtor(s)

## MOTION TO DISMISS

COMES NOW, O. Byron Meredith III, Chapter 13 Trustee and shows that the above-named debtor is in default under the terms of his confirmed Chapter 13 plan in the amount and as of the date shown below.

    Amount of Default:    $904.02
    As of:    March 08, 2019
    Date of Last Payment:    March 07, 2019

WHEREFORE, said Trustee moves to dismiss the case for failure to make promised payments of $484.00 MONTHLY.

    s/ O. Byron Meredith III
    O. Byron Meredith III
    Georgia Bar # 002330
    P.O. Box 10556
    Savannah, GA 31412
    (912) 234-5052

## NOTICE ON MOTION

Pursuant to direction by the court, notice is hereby given that unless the debtor pays the arrearage in full or requests a hearing in writing showing good cause concerning this motion within twenty-one (21) days of the date shown below, the case shall be dismissed.  COUNSEL IS ADVISED TO COMPLY WITH BANKRUPTCY RULE 9011 IN FILING ANY SUCH REQUEST.

I certify that copies of this motion and notice have been served upon the above-named debtor(s) and the parties listed below. Unless otherwise noted below, service was made by first-class United States Mail, postage prepaid, this  8 day of March, 2019.

    s/ O. Byron Meredith III
    O. Byron Meredith III
    Georgia Bar # 002330
    P.O. Box 10556
    Savannah, GA 31412
    (912) 234-5052

JOHN E PYTTE
By Electronic Noticing

STATUS OF CLAIMS AS OF 03/08/2019

Atty: Laura Grifka

15-41208-EJC  ERICA S HOLMES
308 SOUTHWILDE WAY
POOLER, GA  31322

ATTY: JOHN E PYTTE
TRUSTEE 10.0%

| | | | LAST 5 PMTS | | | |
|---|---|---|---|---|---|---|
| FILED | 08/03/2015 | IC 0.00% AT $484.00 / M   MOS 60 | 03/07/2019 | 223.38 | PAID IN | 19,762.85 |
| FIRST MTG | 09/04/2015 | MEMORIAL HEALTH UNIV MED CTR | 02/21/2019 | 223.38 | SHORTAGE | 904.02 |
| CONFIRMED | 12/01/2015 | | 02/12/2019 | 223.38 | DELQ | |
| MODIFIED | | Bar Date  12/03/2015 | 01/23/2019 | 223.38 | PLAN BASE | 32,380.00 |
| MONTHS REMAINING 17 | | Gov Bar Date  02/01/2016 | 01/02/2019 | 223.38 | CLM-TOT | 19,212.90 |
| | | R/E Equity  1.00 | | | | |
| | | R/E Exemption  $1.00 | | | | |
| | | PP Equity  $1.00 | | | | |

| NUMBER | CURRENT CLAIM HOLDER NAME | CLM # | CLS | SCHLD PYMT | DISB CODE | Debt | PAID BY TRUSTEE | INTEREST PAID | CLAIMED | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | ORANGE LAKE COUNTRY CL | | OTH | 0.00 | G99 | 0.00 | 0.00 | 0.00 | 0.00 | SURRENDER |
| | AMERICAN EXPRESS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | CHASE BANK USA, NA | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | CHILDRENS PLACE/CITICORP CREDIT S | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | DEPT OF ED/SALLIE MA | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | GECRB/CARE CREDIT | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | GECRB/JC PENNY | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | HOLTZMAN REAL ESTATE | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | NO NAME ON CR LIABILITY | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | PAYPAL | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | SLM FINANCIAL CORP | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | SYNCB/BELK | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | SYNCB/TJX COS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | TIDEWATER CREDIT SERVI | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | U S DEPARTMENT OF ED | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | VSAC FEDERAL LOANS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | WEISFIELD JEWELERS/STERLING JEWE | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | WELLS FARGO HOME PROJECTS VISA | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | DISCOVER BANK | 00001 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 4,621.53 | 0.00 |
| | U S DEPT OF EDUCATION | 00002 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 19,102.76 | 0.00 |
| | NAVY FEDERAL CREDIT UNION | 00003 | SEC | 350.00 | H06 | 13,608.94 | 12,692.25 | 1,358.70 | 13,608.94 | 916.69 |
| | NAVY FEDERAL CREDIT UNION | 00004 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 8,353.01 | 0.00 |
| | SYNCHRONY BANK | 00005 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 928.38 | 0.00 |
| | CERASTES LLC | 00006 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 1,205.95 | 0.00 |
| 961973 | PORTFOLIO RECOVERY ASSOCIATES | 00007 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 1,061.66 | 0.00 |
| 970626 | UNITED CONSUMER FINANCIAL SERV | 00008 | SEC | 0.00 | S22 | 300.00 | 300.00 | 8.75 | 300.00 | PAID OUT |
| 970626 | UNITED CONSUMER FINANCIAL SERV | 10008 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 1,174.11 | 0.00 |
| 900018 | CLERK OF U S BANKRUPTCY CRT | 991 | AA | 235.00 | | 235.00 | 235.00 | 0.00 | 235.00 | 0.00 |
| 937261 | CLERK U S BANKRUPTCY COURT | 994 | AA | 75.00 | | 75.00 | 75.00 | 0.00 | 75.00 | 0.00 |
| 401025 | JOHN E PYTTE | 999 | LP | 0.00 | | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 | PAID OUT |

|  | TRUSTEE FEE | TRU | 1,993.96 | 1,892.11 | 1,993.96 | 101.85 |

|  | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER | INTEREST | UNDISBURSED |
|---|---|---|---|---|---|---|---|---|
| **DEBT** | 13,908.94 | 0.00 | 36,447.40 | 2,303.96 | 3,000.00 | 0.00 | | |
| **PAID** | 12,992.25 | 0.00 | 0.00 | 2,202.11 | 3,000.00 | 0.00 | 1,367.45 | 201.04 |
| **BALANCE** | 916.69 | 0.00 | 0.00 | 101.85 | 0.00 | 0.00 | BALANCE | 817.50 |

(THIS IS NOT A PAYOFF BALANCE)
AT 03/08/2019